IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JYUE HWA FU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-2066-N-BN |
| | § | |
| YEH CHIN CHIN, DAVID LING, and | § | |
| LING'S HOLDING, LLC, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On May 6, 2020 the Findings, Conclusions and Recommendation of the United States Magistrate Judge [Dkt. No. 37] ("Report") was entered, recommending that the Court deny Plaintiff's Motion for Entry of Default Judgment.

After reviewing the briefs, file, record in this case, and Report, the Court determines that the magistrate judge's findings and conclusions are correct and accepts them as those of the Court. Accordingly, Plaintiff's Motion for Entry of Default Judgment [Dkt. Nos. 26 & 29] is DENIED.

SO ORDERED this 27th day of May 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1